No. 11-164. Wanda J. Harley, Petitioner v. Patrick R. Donahoe, Postmaster General.

565 U.S. 1092, 132 S. Ct. 844, 181 L. Ed. 2d 548, 2011 U.S. LEXIS 8863.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 416 Fed. Appx. 748.